UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| DEBRA MCCARTHY, | : | |
| DEVIN MCCARTHY, and | : | |
| OLUWATOMISIN OLASIMBO, | : | |
| | : | |
| Plaintiffs, | : | CIVIL ACTION |
| | : | |
| - against - | : | |
| | : | JURY TRIAL DEMANDED |
| RAUL JAUREGUI and | : | |
| DANIEL BOYE, | : | |
| | : | No. 3:21-cv-1759 |
| Defendants. | : | |

## JOINT STATUS REPORT

Plaintiffs, by and through their counsel Dyller & Solomon LLC, Barry H. Dyller, and Tara G. Giarratano, defendant Raul Jauregui, by and through his attorney, Eugene Maginnis, Esq., and defendant Daniel Boye, by and through his attorney Ryan Anderson, Esq. submit the following status report to the Court pursuant to this Court's order (Doc. 41).

The underlying state lawsuit was remanded back to the Luzerne County Court of Common Pleas where it remains pending. Thus, the claim for relief under the Dragonetti Act (Count Six of the Amended Complaint) is no longer ripe as it was at the time of the filing of the Amended Complaint.

The Court can either stay Count Six of the Amended Complaint pending resolution of the state court case or dismiss it without prejudice to the plaintiffs.

s/ Tara G. Giarratano, Esq.
Attorney for Plaintiffs

s/Eugene Maginnis, Esq.
Attorney for Defendant Raul Jauregui

s/Ryan Anderson, Esq.
Attorney for Defendant Daniel Boye
