UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DEBRA MCCARTHY, DEVIN MCCARTHY, and OLUWATOMISIN OLASIMBO, : : : : Plaintiffs, : - against - : RAUL JAUREGUI and DANIEL BOYE, : : Defendants. | CIVIL ACTION JURY TRIAL DEMANDED No. 3:21-cv-1759 |

## WITHDRAWAL OF APPEARANCE

Kindly withdraw the appearance of Tara G. Giarratano, Esq., on behalf of the plaintiffs in the above-captioned matter.

Respectfully submitted,

s/Tara G. Giarratano, Esq.
PA Bar 329138
Dyller and Solomon, LLC
88 North Franklin Street
Wilkes-Barre, PA 18701
570-829-4860