UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| DEBRA MCCARTHY, | : | |
| DEVIN MCCARTHY, and | : | CIVIL ACTION |
| OLUWATOMISIN OLASIMBO, | : | |
| Plaintiffs, | : | JURY TRIAL DEMANDED |
| - against - | : | |
| | : | |
| RAUL JAUREGUI and | : | |
| DANIEL BOYE,  Defendants. | : | NO. 3:21-cv-1759 |
| | : | |

### OBJECTIONS OF DEFENDANT RAUL JAUREGUI TO REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE MARTIN C. CARLSON DATED JUNE 2, 2023

Raul Jauregui, by his attorneys, Dugan, Brinkmann, Maginnis and Pace, objects to the Report and Recommendation of United States Magistrate Judge Martin C. Carlson dated June 2, 2023 as follows:

1. Count II of Plaintiffs' amended complaint asserts a claim of abuse of process on behalf of both Ms. Devin McCarthy and Mrs. Debra McCarthy on the basis of Mr. Boye's legal action against Mrs. McCarthy only in the Luzerne County Court of Common Pleas.

2. In connection with count II of the amended complaint, there is no allegation that any legal process in the Luzerne County action was directed to Ms. McCarthy.

3. Accordingly, Defendant Jauregui asserts that count II of the amended complaint should be dismissed as to Ms. McCarthy's allegation of abuse of process since there was no process directed to Ms. McCarthy.

4. The Title IX Counterclaims were not legal process and counts III and IV therefore fail to state claims for abuse of process.

5. Defendant Jauregui submits that Magistrate Carlson made a legal mistake with respect to the issue of whether Title IX constitutes "legal process." As a result, Defendant Jauregui submits that count III and count IV of the amended complaint be dismissed as to him.

6. Count V of the amended complaint does not state a claim for intentional infliction of emotional distress as to Defendant Jauregui.

7. To subject any counsel to a claim for intentional infliction of emotional distress for stating his client's position is not what the tort of intentional infliction of emotional distress envisions.

WHEREFORE, Defendant Jauregui requests that this Honorable Court dismiss Devin McCarthy's allegation of abuse of process in count II, that counts III and IV be dismissed because Title IX does not constitute legal process and count V for the intentional infliction of emotional distress against Defendant Jauregui should also be dismissed.

/s/Eugene J. Maginnis, Jr.
Eugene J. Maginnis, Jr., Esquire
Attorney I.D. No. 23692
Counsel for the Defendant, Raul Jauregui
DUGAN, BRINKMANN, MAGINNIS AND PACE
9 Presidential Boulevard, Suite 100
Bala Cynwyd, PA 19004
Telephone:  (215) 563-3500
Facsimile: (215) 563-5610
Email:  ejmaginnis@dbmplaw.com

Date:  June 14, 2023

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| DEBRA MCCARTHY, | : | |
| DEVIN MCCARTHY, and | : | CIVIL ACTION |
| OLUWATOMISIN OLASIMBO, | : | |
| Plaintiffs, | : | JURY TRIAL DEMANDED |
| - against - | : | |
| | : | |
| RAUL JAUREGUI and | : | |
| DANIEL BOYE, Defendants. | : | NO. 3:21-cv-1759 |
| | : | |

## CERTIFICATE OF SERVICE

I, Eugene J. Maginnis Jr., Esquire, do hereby certify that a copy of the foregoing Objections to Report and Recommendation of United States Magistrate Judge Martin C. Carlson dated June 2, 2023 was served upon all counsel of record and individuals named below by electronic mail on this 14th day of June, 2023 as follows:

Barry H. Dyller, Esq.
barry.dyller@dyllerlawfirm.com
DYLLER & SOLOMON
88 North Franklin Street
Wilkes-Barre, PA 18701
Attorney for Plaintiffs

Ryan W. Anderson, Esquire
ryan@randersonesq.com
515 Abington Avenue
Glenside, PA 19038
Attorney for Defendant, Daniel Boye

United States Magistrate Judge Martin C. Carlson
magistrate_judge_carlson@pamd.uscourts.gov
U.S. District Court
Middle District of Pennsylvania
PO Box 1148
235 N. Washington Avenue
Scranton, PA 18501-1148

*/s/Eugene J. Maginnis, Jr.*
Eugene J. Maginnis, Jr., Esquire
Attorney I.D. No. 23692
Counsel for the Defendant, Raul Jauregui
DUGAN, BRINKMANN, MAGINNIS AND PACE
9 Presidential Boulevard, Suite 100
Bala Cynwyd, PA 19004
Telephone:  (215) 563-3500
Facsimile: (215) 563-5610
Email:  ejmaginnis@dbmplaw.com

Harry T. Coleman, Esquire
Law Office of Harry Coleman
41 North Main Street, Suite 316
Carbondale, PA 18407
Email: Harry@HarryColemanLaw.Com

Attorneys for Defendant, Raul Jauregui