UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| DEBRA MCCARTHY, | : | |
| DEVIN MCCARTHY, and | : | CIVIL ACTION |
| OLUWATOMISIN OLASIMBO, | : | |
| Plaintiffs, | : | JURY TRIAL DEMANDED |
| - against - | : | |
| | : | |
| RAUL JAUREGUI and | : | |
| DANIEL BOYE, Defendants. | : | NO. 3:21-cv-1759 |
| | : | |

## CERTIFICATE OF SERVICE

I, Eugene J. Maginnis, Jr., Esquire, do hereby certify that a copy of the foregoing Reply Brief was served upon all counsel of record and the following individuals by electronic mail on this 29th day of June, 2023 as follows:

Barry H. Dyller, Esq.
barry.dyller@dyllerlawfirm.com
DYLLER & SOLOMON
88 North Franklin Street
Wilkes-Barre, PA 18701
Attorney for Plaintiffs

Ryan W. Anderson, Esquire
ryan@randersonesq.com
515 Abington Avenue
Glenside, PA 19038
Attorney for Defendant, Daniel Boye

United States Magistrate Judge Martin C. Carlson
magistrate_judge_carlson@pamd.uscourts.gov
U.S. District Court
Middle District of Pennsylvania
PO Box 1148
235 N. Washington Avenue
Scranton, PA 18501-1148

*/s/Eugene J. Maginnis, Jr.*
Eugene J. Maginnis, Jr., Esquire
Attorney I.D. No. 23692
Counsel for the Defendant, Raul Jauregui
DUGAN, BRINKMANN, MAGINNIS AND PACE
9 Presidential Boulevard, Suite 100
Bala Cynwyd, PA 19004
Telephone:  (215) 563-3500
Facsimile: (215) 563-5610
Email:  ejmaginnis@dbmplaw.com

Harry T. Coleman, Esquire
Law Office of Harry Coleman
41 North Main Street, Suite 316
Carbondale, PA 18407
Email: Harry@HarryColemanLaw.Com

Attorneys for Defendant, Raul Jauregui
