# SHUTTLEWORTH LAW P.C.

December 4, 2024

VIA CM-ECF

Honorable Martin C. Carlson
Magistrate Judge
United States District Court for the
Middle District of Pennsylvania - Scranton

      RE:    *McCarthy v. Jauregui, et al.*
                  Civil Docket No.: 3:21-cv-01759-JKM-MCC
                  Joint Settlement Conference Status Report

Dear Judge Carlson:

      Your Honor's order of August 14, 2024, required all parties to provide you with a settlement conference status report on or before December 6, 2024.

      On October 10, 2024, Chief Magistrate Judge Bloom ordered a settlement conference to be held on January 7, 2025. Before the settlement conference, the parties are to begin the settlement process by exchanging a demand and counteroffer by December 27, 2024. By January 1, 2025, the parties shall submit to Chief Magistrate Judge Bloom their confidential settlement memorandum, which shall include the status of the ongoing settlement discussions.

      Counsel for the parties conferred about this report today, and this report is being submitted jointly. We look forward to a productive settlement conference next month.

      Thank you.

                                            Respectfully submitted,

                                            */s/ Brad V. Shuttleworth*
                                            BRAD V. SHUTTLEWORTH, ESQ.

cc:    Barry H. Dyller, Esq., Counsel for Plaintiff Devin McCarthy (via ECF)
        Eugene J. Maginnis, Esq., Counsel for Defendant Raul Jauregui (via ECF)

1040 Mantua Pike, Wenonah, NJ 08090
Call Toll Free: 888-529-3486
Fax: 866-851-4869
E-mail: info@shuttleworth-law.com
On the Web: www.shuttleworth-law.com

1040 Mantua Pike, Wenonah, NJ 08090
Call Toll Free: 888-529-3486
Fax: 866-851-4869
E-mail: info@shuttleworth-law.com
On the Web: www.shuttleworth-law.com