BARRY H. DYLLER, ESQ.*
THERON J. SOLOMON, ESQ.
CAELIE M. SWEIGART, ESQ.**
CHAD J. SWEIGART, ESQ.**
*Also admitted in NY
**Also admitted in NJ

88 NORTH FRANKLIN ST.
WILKES-BARRE, PA
T: (570) 829-4860
F: (570) 825-6675
www.dyllersolomon.com



DYLLER & SOLOMON, LLC

December 30, 2024

VIA ECF

Chief Magistrate Judge Daryl F. Bloom
United States District Court
Middle District of Pennsylvania
Sylvia H. Rambo
United States Courthouse
1501 N. 6th Street
Harrisburg, PA 17102

  RE: <u>McCarthy v. Jauregui, *et al.*</u>, No. 3:21-cv-01759

Dear Judge Bloom,

  As you know, we are appearing before Your Honor on January 3, 2025 for a settlement conference in this case. At present, the only active plaintiff is Devin Mcarthy, and Ms. McCarthy will be present for the settlement conference.

  Dismissed from the case was plaintiff Oluwatomisin Olasimbo. Because Ms. Olasimbo's right to appeal is not yet ripe (because the case in the district court is not over), technically Ms. Olasimbo could have a roll in the settlement conference. Although she is not an active plaintiff right now, I have arranged for Ms. Olasimbo and her lawyer in a related case (Lance Sacknoff, Esq.) to be available by telephone. Should the parties be successful in settling the case, I will have Ms. Olasimbo available to approve any settlement that is obtained.  Counsel for the defendants have no objection to Ms. Olasimbo being available by telephone.

  Because Ms. Olasimbo is a new graduate and has just started her post graduate employment out of state, it is not practical for Ms. Olasimbo to be physically present. I hope that this is satisfactory to the Court. Thank you for your consideration.

        Respectfully submitted,

        /s/ Barry H. Dyller

cc: all counsel via ECF
  Lance Sacknoff, Esq. via Lance@FandLLaw.com